UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GERO,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT,<br><br>          Defendant. | Case No. 16-cv-04449-JSC<br><br>**ORDER DIRECTING SERVICE OF COMPLAINT**<br><br>Re: Dkt. No. 1 |

The Court previously granted Plaintiff's application to proceed in forma pauperis.  (Dkt. Nos. 2, 5.)  Having now considered the complaint (Dkt. No. 1), the Court ORDERS that the Clerk of Court shall issue the summons.  Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, and this order upon the Defendant.

      **IT IS SO ORDERED.**

Dated: October 6, 2016

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge